Benjamin Solovay et al., as Administrators of Morris Solovay, Deceased, Appellants, *v.* Bonvile Realty Co., Inc., Defendant, and Evelyn Freed et al., Respondents, Impleaded with Others.

(Argued October 5, 1933; decided October 24, 1933.)

*Benjamin Solovay* for appellants.

*George B. Davenport, Howard C. Tracy, J. Weber App* and *Thomas L. J. Corcoran* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.